Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi
### Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 06 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

|  |  |
|---|---|
| Kevin Fish | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Top Games Inc. also known as Top Games US Inc. | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No.    1:26cv17 TBM-RPM
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ☐ Yes  ☒ No

# AMENDED COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Fish |
| Street Address | 2322 Beau Chene |
| City and County | Biloxi |
| State and Zip Code | MS |
| Telephone Number | 228-547-3342 |
| E-mail Address | kevin.fish@gcrginc.com |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Top Games Inc. also known as Top Games US Inc. |
| Job or Title *(if known)* | |
| Street Address | 1603 Capitol Ave., Ste. 310 A436, |
| City and County | Cheyenne, Laramie County |
| State and Zip Code | Wyoming, 82001 |
| Telephone Number | |
| E-mail Address *(if known)* | legal@topgamesinc.com |

## C. Reason for Amendment

Top Games Customer Service and website list Top Games legal name as Top Games Inc. Initial complaint and summons were sent with that name. A search of Wyoming Secretary of State's website shows only a Top Games US Inc. listed with the same address as was given for Top Games Inc. As there are two conflicting names to the entity this amendment is to clarify and confirm the Complaint is versus Top Games Inc. also known as Top Games US Inc.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Top Games Inc. also known as Top Games US Inc. |
| Job or Title *(if known)* | |
| Street Address | 1603 Capitol Ave., Ste. 310 A436, |
| City and County | Cheyenne, Laramie County |
| State and Zip Code | Wyoming, 82001 |
| Telephone Number | |
| E-mail Address *(if known)* | legal@topgamesinc.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Kevin Fish , is a citizen of the
   State of *(name)* Mississippi .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated
   under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____ .

2. If the defendant is a corporation

   The defendant, *(name)* Top Games Inc. AKA Top Games US Inc. , is incorporated under
   the laws of the State of *(name)* Wyoming , and has its
   principal place of business in the State of *(name)* Wyoming .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Approximately $100,000 paid directly to Top Games and over 3,000 hours of work on Top Games activities worth approximately $150,000.

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The plaintiff, *(name)*    Kevin Fish                                   , and the defendant,
*(name)*   Top Games Inc                                   , made an agreement or contract on
*(date)*   February,           .  The agreement or contract was *(oral or written)*   written           .  Under that
agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
Plaintiff agreed to spend time and money with Top Games for use and enjoyment of it's internet gaming services, Defendant agreed to provide a safe, fair, and balanced opportunity for plaintiff to do so.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
Defendant has failed to provide a fair and balanced opportunity for plaintiff and by so doing has rendered defendants investment of both time and money pointless.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Plaintiff asks court to order $100,000 in refund of all monies paid to Top Games, $150,000 in reimbursement for time spent using Top Games and additional $$250,000 in Punitive damages  These sums are due me because of Top Games Breach Of Contract and Discrimination against me.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             02/06/2026

Signature of Plaintiff

Printed Name of Plaintiff      Kevin Fish

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address